IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Lewis, Jeraline O | Case Number: 06 B 04310 |
|---|---|
| | Judge: Squires, John H |
| Printed: 4/29/08 | Filed: 4/18/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 5, 2007
Confirmed: July 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 36,255.83 |  |
| Secured: |  | 31,708.41 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,684.20 |
| Trustee Fee: |  | 1,854.55 |
| Other Funds: |  | 8.67 |
| Totals: | 36,255.83 | 36,255.83 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,684.20 | 2,684.20 |
| 2. | Countrywide Home Loans Inc. | Secured | 42,463.20 | 29,954.32 |
| 3. | City of Country Club Hills | Secured | 392.00 | 16.34 |
| 4. | Gregory Dodge | Secured | 1,500.00 | 93.75 |
| 5. | Countrywide Home Loans Inc. | Secured | 26,303.74 | 1,644.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 91.60 | 0.00 |
| 7. | Sprint | Unsecured | 13.28 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 139.30 | 0.00 |
| 9. | Southern Illinois University | Unsecured | 1,512.80 | 0.00 |
| 10. | Sallie Mae | Unsecured | 7,689.61 | 0.00 |
| 11. | Educational Credit Management Corp | Unsecured | 794.59 | 0.00 |
| 12. | Sallie Mae | Unsecured | 3,183.99 | 0.00 |
| 13. | Medsource | Unsecured | 20.12 | 0.00 |
| 14. | B-Line LLC | Unsecured | 71.77 | 0.00 |
| 15. | RJM Acquisitions LLC | Unsecured | 19.14 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 182.02 | 0.00 |
| 17. | MCSI | Unsecured | 0.00 | 0.00 |
| 18. | United States Dept Of Education | Unsecured | 30,136.20 | 0.00 |
| 19. | United States Dept Of Education | Unsecured | 1,761.88 | 0.00 |
| 20. | Resurgent Capital Services | Unsecured | 155.85 | 0.00 |
| 21. | B-Line LLC | Unsecured | 183.37 | 0.00 |
| 22. | Drive Financial Services | Unsecured | 5,838.20 | 0.00 |
| 23. | MCSI | Unsecured | 0.00 | 0.00 |
| 24. | Lake Cook Partners LLC | Unsecured | 138.43 | 0.00 |
| 25. | American Express Travel Relate | Unsecured | 409.06 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Lewis, Jeraline O | Case Number: 06 B 04310 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 4/29/08 | Filed: 4/18/06 |

| # | Creditor | Type | Amount | Claim |
|---|---|---|---|---|
| 26. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 27. | Associated Credit Services Inc | Unsecured | | No Claim Filed |
| 28. | CAB Services | Unsecured | | No Claim Filed |
| 29. | CCA | Unsecured | | No Claim Filed |
| 30. | CCA | Unsecured | | No Claim Filed |
| 31. | CCA | Unsecured | | No Claim Filed |
| 32. | Sm Servicing | Unsecured | | No Claim Filed |
| 33. | Check N Go | Unsecured | | No Claim Filed |
| 34. | Collection Company Of America | Unsecured | | No Claim Filed |
| 35. | City of Joliet | Unsecured | | No Claim Filed |
| 36. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 37. | Comcast | Unsecured | | No Claim Filed |
| 38. | Esurance Inaurance Services | Unsecured | | No Claim Filed |
| 39. | ICS | Unsecured | | No Claim Filed |
| 40. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 41. | City of Joliet | Unsecured | | No Claim Filed |
| 42. | MCSI | Unsecured | | No Claim Filed |
| 43. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 44. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 45. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 46. | KCA Financial Services | Unsecured | | No Claim Filed |
| 47. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 48. | Melacom | Unsecured | | No Claim Filed |
| 49. | Money Control | Unsecured | | No Claim Filed |
| 50. | Nicor Gas | Unsecured | | No Claim Filed |
| 51. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 52. | Oakbrook Terrace Financial Service | Unsecured | | No Claim Filed |
| 53. | Park Dansan | Unsecured | | No Claim Filed |
| 54. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 55. | Allied Interstate | Unsecured | | No Claim Filed |
| 56. | Sm Servicing | Unsecured | | No Claim Filed |
| 57. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 58. | Sm Servicing | Unsecured | | No Claim Filed |
| 59. | Sm Servicing | Unsecured | | No Claim Filed |
| 60. | Sm Servicing | Unsecured | | No Claim Filed |
| 61. | Sm Servicing | Unsecured | | No Claim Filed |
| 62. | Sm Servicing | Unsecured | | No Claim Filed |
| 63. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 64. | Sm Servicing | Unsecured | | No Claim Filed |
| 65. | Sm Servicing | Unsecured | | No Claim Filed |
| 66. | Sm Servicing | Unsecured | | No Claim Filed |
| 67. | Sm Servicing | Unsecured | | No Claim Filed |
| 68. | Southwest Credit Systems | Unsecured | | No Claim Filed |
| 69. | Chartwell Financial Services | Unsecured | | No Claim Filed |
| 70. | Sm Servicing | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 125,684.35 | $ 34,392.61 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lewis, Jeraline O

Printed:  4/29/08

Case Number:  06 B 04310
Judge:  Squires, John H
Filed:  4/18/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 567.58 |
| 4.8% | 458.77 |
| 5.4% | 828.20 |
| | _____ |
| | $ 1,854.55 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

